**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1020**

LAWRENCE ELIOT MATTISON,

Plaintiff - Appellant,

v.

JANIE DEBORAH WILLIS; SHERRY ANN ZAMORA; TIMOTHY MARTIN O'BOYLE; ADRIANE RACHELLE MAUNEY; EMILY SUZANNE HUNT; TONYA R. HENDERSON-STITH; BONNIE LOUISE JONES; BARBARA TIMMENEY HANNA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:17-cv-00134-RGD-DEM)

Submitted: July 30, 2019                    Decided: August 13, 2019

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Eliot Mattison, Appellant Pro Se. Sean Douglas Jansen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Madeline Markelz Gibson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Michael Gordon Matheson, THOMPSON MCMULLAN, PC, Richmond, Virginia; Benjamin M. Mason, MASON,

MASON, WALKER & HEDRICK, PC, Newport News, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Eliot Mattison appeals the district court's order denying relief on his complaint alleging claims under 42 U.S.C. §§ 1983, 1985, and 1986 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mattison v. Willis*, No. 4:17-cv-00134-RGD-DEM (E.D. Va. Dec. 6, 2018). We grant Mattison's motion to file a surreply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*